# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

JENNIFER PAVAO and
CATALIN M. CANELO
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

M.J. No.: 04m - 1049-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 15, 2004 through March 16, 2004** in **Barnstable** County and elsewhere in the District of **Massachusetts**, and elsewhere, the defendants did, (Track Statutory Language of Offense)

    unlawfully, knowingly, and intentionally conspire with others,
    known and unknown, to possess, and to possess with intent to
    distribute, cocaine, a Schedule II controlled substance,

in violation of Title **21** United States Code, Section **841 and 846**.

I further state that I am a(n) **Task Force Agent - DEA**
                                Official Title

and that this complaint is based on the following facts:

    See Affidavit attached hereto and incorporated by reference herein.

Continued on the attached sheet and made a part hereof:   [x] Yes [ ] No

_____
Signature of Complainant
SEAN E. BALCOM
Task Force Agent - DEA

Sworn to before me and subscribed in my presence,

3/17/04 _____ at    **Boston, Massachusetts**
Date                                    City and State

**JUDITH GAIL DEIN**
**United States Magistrate Judge**    _____
Name and Title of Judicial Officer    Signature of Judicial Officer