UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

|  |  |
|---|---|
| V. | CRIMINAL<br>NO. 04-10098 -WGY |

Manuel Lamont Mendes

Christopher Custer

Carmen Figueroa

Desiree Alves

Wiliam Tejeda

Jennifer Pavao

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on  4/6/04  before  DEIN, USMJ , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  5/4/04   See L.R116.1(C).

B. The defendant shall provide automatic discovery by 5/4/04 . See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  5/18/04 . See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  6/1/04  . See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  MAY 18, 2004  at    2:00    p.m. in Courtroom No.   18    on the  5   floor.

By the Court,

4/16/04                                                                /s/ Elizabeth Smith

_____                                 _____
Date                                                                      Deputy Clerk

**(Crinsch1.wp - 11/24/98)**

2