UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) )<br>)<br>)<br>v. )<br>)<br>JENNIFER PAVAO )<br>)<br>) | Cr. No. 04-10098-WGY |

## MOTION TO JOIN SUBSTANTIVE MOTIONS OF CO-DEFENDANTS

Now comes the defendant and moves the Court to allow her to join in the substantive motions filed by her co-defendants. The issues raised therein and relief sought are applicable to Ms. Pavao, and joining in said motions obviates the need to file duplicative pleadings.

For the foregoing reasons the defendant prays the Court allow this Motion.

Respectfully Submitted,
JENNIFER PAVAO
By her attorney

/s/ Michael C. Andrews
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470