# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**Related Case Information:**

**County** Barnstable

Superseding Ind./ Inf.    Yes      Case No. 04-10098-WGY
Same Defendant    YES      New Defendant _____
Magistrate Judge Case Number    04M-1038
Search Warrant Case Number    04M-1041 to 1044
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** William Tejeda      Juvenile: ☐ Yes    ☐ No

**Alias Name** _____

**Address** 1234 Boston Road, Bronx, New York

**Birthdate:** 00-00-76    **SS #** 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    **Sex:** M    **Race:** Hispanic    **Nationality** _____

**Defense Counsel if known:** David Apfel    **Address** Goodwin Proctor, LLP, 53 State Street

**Bar Number** _____      Boston, MA 02109

## U.S. Attorney Information:

**AUSA** Susan M. Poswistilo    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes    ☐ No    List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes    x No

Warrant Requested    x Regular Process    ☐ In Custody

## Location Status:

**Arrest Date** March 16, 2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Dein    on April 19, 2004

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 20, 2005    **Signature of AUSA:** _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   William Tejeda _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 all defendantsSuperseding.wpd - 2/7/02

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense:   Category No. __II__   Investigating Agency __DEA__

City _____

County __Barnstable__

Related Case Information:

Superseding Ind./ Inf. __YES__   Case No. __04-10098-WGY__
Same Defendant __YES__   New _____
Magistrate Judge Case Number __04M-1038__
Search Warrant Case Number __04M-1041 TO 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Desiree Alves__   Juvenile: ☐ Yes ☐ No

Alias Name _____

Address __299 Camp Street, Yarmouth, MA__

Birthdate __00-00-80__   SS # __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__   Sex: __F__   Race __Black__   Nationalit _____

Defense Counsel if known: __Page Kelly__   Address __Federal Defender's Office__

Bar Number _____   __408 Atlantic Ave, Boston, 02210__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__   Bar Number if applicable _____

Interpreter: ☐ Yes X☐ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes X☐ No

☐ Warrant Requested   X Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __March 16, 2003__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: __USMJ Dein__ on __March 19, 2004__

Charging Document:   Complaint   ☐ Information   X Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__   Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Desiree Alves _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

City _____    **Related Case Information:**

**County** __Barnstable__    **Superseding Ind./ Inf.** __YES__    **Case No.** __01-10098-WGY__
   **Same Defendant** __Yes__    **New** __x__
   **Magistrate Judge Case Number** __04M-1038__
   **Search Warrant Case Number** __04M-1041 to 1044-JGD__
   **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __Carmen Figueroa__    **Juvenile:** ☐ Yes   x No

**Alias Name** _____

**Address** __90 Sandwich Road, Bourne, MA__

**Birthdate** __00-00-79__   **SS #** __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__   **Sex:** __F__   **Race** __Black__   **Nationalit** _____

**Defense Counsel if known:** __John LaChance__    **Address** __600 Worcester Rd., Suite 501__

**Bar Number** _____     __Framingham, MA 01701__

**U.S. Attorney Information:**

**AUSA** __Susan M. Poswistilo__    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes   X☐ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   X☐ No

   ☐ Warrant Requested    X Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** __March 16, 2004__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

X On Pretrial Release: Ordered by: __USMJ Dein__ on __March 19, 2004__

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__    **Signature of AUSA:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Carmen Figueroa

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**Related Case Information:**

**County** Barnstable      **Superseding Ind./ Inf.** YES      **Case No.** 04-10098-WGY
**Same Defendant** YES      **New** _____
**Magistrate Judge Case Number** 04M-1038
**Search Warrant Case Number** 04M-1041 to 1044-JGD
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** Christopher T. Custer      **Juvenile:** ☐ Yes   X No

**Alias Name** _____

**Address** 18 Murphy Road, Hyannis, MA

**Birthdate** 1977    **SS #** 9115    **Sex:** M    **Race** Caucasion    **Nationalit** _____

**Defense Counsel if known:** Mark D. Smith      **Address** 15 Broad Street, Ste. 600

**Bar Number** _____      Boston, MA 02109

**U.S. Attorney Information:**

**AUSA** Susan M. Poswistilo      **Bar Number if applicable** _____

**Interpreter:** ☐ Yes   X☐ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   X☐ No

☐ Warrant Requested      X Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** March 16, 2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Pitman (SDNY) on 4/22/04

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/20/05      **Signature of AUSA:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Christopher T. Custer

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. __II__    Investigating Agency __DEA__

City _____    **Related Case Information:**

County __Barnstable__    Superseding Ind./ Inf. __YES__    Case No. __04-10098-WGY__
Same Defendant __YES__    New Defendant _____
Magistrate Judge Case Number __04-1038 and 04M-1049__
Search Warrant Case Number __04M-1041 through 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Manuel Lamont Mendes__    Juvenile: ☐ Yes ■ No

Alias Name _____

Address __Plymouth House of Correction__

Birthdate: __1975__   SS # __0354__   Sex: __Male__   Race: __CVR__   Nationalit _____

**Defense Counsel if known:** __Thomas J. Ford__    Address __141 Tremont Street, Ste. 400__

Bar Number _____    __Boston, MA 02111__

**U.S. Attorney Information:**

AUSA __Susan M. Poswistilo__    Bar Number if applicable _____

**Interpreter:** ☐ Yes ■ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ■ No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
■ Already in State Custody at ~~MCI Cedar Junction~~    ■ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__    Signature of AUSA _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Manuel Lamont Mendes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 MendesSUPERSEDING.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

City _____

**Related Case Information:**

County   Barnstable

Superseding Ind./ Inf.   YES     Case No.   04-10098-WGY
Same Defendant   YES     New Defendant _____
Magistrate Judge Case Number   04M-1049
Search Warrant Case Number   04M1041 to 1044-JGD
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jennifer Pavao      Juvenile:   ☐ Yes   X No

Alias Name _____

Address   153 Bacon Road, Hyannis MA

Birthdate: 00/00/78   SS # 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   Sex: F   Race: Caucasion   Nationalit _____

**Defense Counsel if known:**   Michael Andrews     Address   21 Customs House Street, Ste. 920

Bar Number _____                               Boston, MA 02110

**U.S. Attorney Information:**

AUSA   Susan M. Poswistilo      Bar Number if applicable _____

**Interpreter:**   ☐ Yes   X☐ No     List language and/or dialect: _____

**Matter to be SEALED:**     Yes   ☐X No

     Warrant Requested    X    Regular Process      ☐ In Custody

**Location Status:**

Arrest Date   3/16/04

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by:   USMJ Pitman (SDNY)   on   March 17, 2004

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/20/05      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

Name of Defendant   Jennifer Pavao

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 PavaoSuperseding.wpd - 2/7/02