```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Criminal No.
                                              04-10098-WGY


  * * * * * * * * * * * * * * * *
                                 *
  UNITED STATES OF AMERICA       *
                                 *
  v.                             *   ARRAIGNMENT
                                 *   and PLEA
  MANUEL LAMONT MENDES           *
  and JENNIFER PAVAO             *
                                 *
  * * * * * * * * * * * * * * * *

              BEFORE:  The Honorable William G. Young,
                               District Judge



  APPEARANCES:

              SUSAN M. POSWISTILO and NANCY RUE,
      Assistant United States Attorneys, 1 Courthouse
      Way, Suite 9200, Boston, Massachusetts 02210, on
      behalf of the Government

              THOMAS J. FORD, ESQ., 141 Tremont Street,
      Suite 400, Boston, Massachusetts 02111, on behalf
      of Manuel Lamont Mendes

              LAW OFFICES OF MICHAEL C. ANDREWS (By
      Michael C. Andrews, Esq.), 21 Custom House Street,
      Suite 920, Boston, Massachusetts 02110, on behalf
      of Jennifer Pavao




                                       1 Courthouse Way
                                       Boston, Massachusetts

                                       April 29, 2005
```