```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Criminal No.
 3                                       04-10098-WGY

 4
     * * * * * * * * * * * * * * *
 5                                  *  MOTION TO SUPPRESS
     UNITED STATES OF AMERICA       *     (Volume 2)
 6                                  *
     v.                             *  TRANSCRIPT OF
 7                                  *  PRELIMINARY
     CARMEN FIGUEROA and            *  JURY INSTRUCTIONS,
 8   WILLIAM TEJEDA                 *  OPENING STATEMENTS
                                    *  and THE EVIDENCE
 9   * * * * * * * * * * * * * * *     (Volume 2)

10

11

12
              BEFORE:  The Honorable William G. Young,
13                     District Judge, and a Jury

14

15

16   APPEARANCES:

17           SUSAN M. POSWISTILO and NANCY RUE,
        Assistant United States Attorneys, 1 Courthouse
18      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
19
             JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
20      Suite 501, Framingham, Massachusetts 01702, on
        behalf of Carmen Figueroa
21
             GOODWIN PROCTER, LLP (By David J. Apfel,
22      Esq. and Jennifer W. Fischesser, Esq.), Exchange
        Place, Boston, Massachusetts 02109-2881, on behalf
23      of William Tejeda

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         May 4, 2005
```

```
                       I N D E X

                   MOTION TO SUPPRESS


WITNESS:            DIRECT   CROSS    REDIRECT   RECROSS


BRIAN J. GUINEY, Resumed

 By Mr. Apfel                  6



                                        FOR         IN

   EXHIBITS:                            I.D.      EVID.


C        Drug Test Results . . . . . . . . . . . . . 6
```

**I N D E X**

**JURY TRIAL**

Preliminary Jury Instructions . . . . . . . . . . . . 16

Opening Statement by Ms. Rue . . . . . . . . . . . 35

Opening Statement by Mr. LaChance . . . . . . . . . 47

Opening Statement by Mr. Apfel . . . . . . . . . . 53


| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SEAN BALCOM | | | | |
| By Ms. Poswistilo | 62 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 3 | Call Number 81 | | 75 |
| A | Transcript | 75 | |
| 4 | Call Number 82 | | 78 |
| 6 | Call Number 83 | | 78 |
| 7 | Call Number 99 | | 78 |
| 8 | Call Number 103 | | 78 |
| 9 | Call Number 104 | | 78 |
| B-G | Transcripts | 78 | |
| 1 | Photograph | | 97 |
| 2 | Photograph | | 97 |