```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                             Criminal No.
 3                                           04-10098-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *
      v.                             *   PRETRIAL CONFERENCE
 7                                   *
      MANUEL LAMONT MENDES           *
 8    CHRISTOPHER CUSTER             *
      CARMEN FIGUEROA                *
 9    DESIREE ALVES                  *
      WILLIAM TEJEDA                 *
10    JENNIFER PAVAO                 *
                                     *
11    * * * * * * * * * * * * * * * *

12              BEFORE:  The Honorable William G. Young,
                                 District Judge
13

14
      APPEARANCES:
15
                SUSAN M. POSWISTILO, Assistant United
16        States Attorney, 1 Courthouse Way, Suite 9200,
          Boston, Massachusetts 02210, on behalf of the
17        Government

18              THOMAS J. FORD, ESQ., 141 Tremont Street,
          Suite 400, Boston, Massachusetts 02111, on behalf
19        of Manuel Lamont Mendes (NOT PRESENT)

20              LAREDO & SMITH, LLP (By Mark D. Smith,
          Esq.), 15 Broad Street, Suite 600, Boston,
21        Massachusetts 02109, on behalf of Christopher
          Custer
22

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       May 18, 2004
```

```
 1
 2            A P P E A R A N C E S  (Cont'd)
 3
 4
 5         JOHN H. LaCHANCE, ESQ., 600 Worcester Road,
    Suite 501, Framingham, Massachusetts 01702, on
 6  behalf of Carmen Figueroa

 7         FEDERAL DEFENDER'S OFFICE (By Page Kelley,
    Esq.), 408 Atlantic Avenue, Third Floor, Boston,
 8  Massachusetts 02210, on behalf of Desiree Alves

 9         GOODWIN PROCTER, LLP (By David J. Apfel,
    Esq. and Jennifer W. Fischesser, Esq.), Exchange
    Place, Boston, Massachusetts 02109-2881, on behalf
10  of William Tejeda

11         LAW OFFICES OF MICHAEL C. ANDREWS (By
    Michael C. Andrews, Esq.), 21 Custom House Street,
12  Suite 920, Boston, Massachusetts 02110, on behalf
    of Jennifer Pavao
13
14
15
16
17
18
19
20
21
22
23
24
25
```